No. 347, Misc. NORMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Milton A. Kallis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United

States.

No. 334, Misc.  PETERSON *v.* CLARK, ATTORNEY GENERAL.  C. A. D. C. Cir.  Certiorari denied.  *Solicitor General Marshall* for respondent.